UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ALEJANDRO SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | No. 1:18-cv-00977-DAD-BAM <br><br> ORDER GRANTING PLAINTIFFS' REQUEST TO FILE OVERSIZED OPPOSITION BRIEF TO DEFENDANTS' MOTION TO DISMISS <br><br> (Doc. No. 10) |

On September 14, 2018, plaintiffs filed an unopposed request to file an oversized opposition brief to defendants' motion to dismiss. (Doc. No. 10.) Plaintiffs seek an additional five pages of opposition briefing. (*Id.* at 2.) The court will grant plaintiffs' request. Accordingly, plaintiffs are permitted an additional five (5) pages of opposition briefing to respond to defendants' motion to dismiss, for a total of 30 pages.

IT IS SO ORDERED.

Dated: **September 20, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1