**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT and ADAM CHRISTIANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ALEJANDRO SANCHEZ, BERTHA SANCHEZ, IRENE MAMOURIEH, CRISTINA GIRARDI, and MARINA SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, ADAM CHRISTIANSON, and DOE 1 to 50,<br><br>Defendants.<br>_____/ | CASE NO. 1:18-CV-00977-DAD-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT; ORDER**<br><br><br><br>FAC Filed 05/09/19<br>Complaint Filed: 07/20/18 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ESTATE OF ALEJANDRO SANCHEZ, BERTHA SANCHEZ, IRENE MAMOURIEH, CRISTINA GIRARDI, and MARINA SANCHEZ and Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT and ADAM CHRISTIANSON, that the time for Defendants to respond to the Amended Complaint shall be extended to June 7, 2019.

The parties are in the process of determining the procedure for service of summons on the

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

newly added Defendants. An extension is necessary in an effort to avoid the duplicity of multiple responses to the Amended Complaint.

Respectfully submitted,

Dated: May 24, 2019

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants

Dated: May 24, 2019

LAW OFFICES OF MARK E. MERIN

By /s/ Paul H. Masuhara (*Authorized on 5/23/19*)
    Mark E. Merin
    Paul H. Masuhara
    Attorneys for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties filed on May 23, 2019, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiffs' First Amended Complaint is extended to June 7, 2019.

IT IS SO ORDERED.

Dated: **May 24, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706