Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF ALEJANDRO SANCHEZ,
and BERTHA SANCHEZ

PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS
COUNTY SHERIFF'S DEPARTMENT,
ADAM CHRISTIANSON, SHANE ROHN,
BRETT BABBITT, EUGENE DAY, JUSTIN
CAMARA, JOSEPH KNITTEL, ZEBEDEE
POUST, and HECTOR LONGORIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF ALEJANDRO SANCHEZ, et al., | Case No. 1:18-cv-00977-DAD-BAM |
| Plaintiffs, | **JOINT STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER RE: EXPERT DEPOSITIONS; ORDER** |
| vs. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

The parties—Plaintiffs Estate of Alejandro Sanchez and Bertha Sanchez (collectively, "Plaintiffs") and Defendants County of Stanislaus, Stanislaus County Sheriff's Department, Adam Christianson, Shane Rohn, Brett Babbitt, Eugene Day, Justin Camara, Joseph Knittel, Zebedee Poust, and Hector Longoria's (collectively, "Defendants")—submit the following joint stipulation to modify the

1

Scheduling Conference Order (ECF No. 48) concerning expert depositions.

## STIPULATION

WHEREAS, on August 15, 2019, the Court issued its Scheduling Conference Order, wherein the Court ordered that "[a]ll expert discovery, including motions to compel, shall be completed no later than **December 18, 2020**" (ECF No. 48 [Order] at 2-3);

WHEREAS, on December 4, 2020, Defendants' counsel served by mail the notice of deposition of Plaintiffs' designated expert Werner Spitz, M.D., scheduled to occur on December 14, 2020;

WHEREAS, on December 4, 2020, Defendants' counsel served by mail the notice of deposition of Plaintiffs' designated expert Scott A. DeFoe, scheduled to occur on December 14, 2020;

WHEREAS, Plaintiffs' counsel and designated experts were unable to comply with Defendants' deposition notices due to unavailability;

WHEREFORE, the parties' counsel have agreed to re-schedule the expert depositions to occur on mutually-available dates and times—the deposition of Scott DeFoe will be re-scheduled to occur on January 6, 2021, and the deposition of Werner Spitz, M.D. will be re-scheduled to occur on January 14, 2021—after the expiration of the expert discovery deadline;

NOW THEREFORE, the parties agree and stipulate that:

The Court's Scheduling Conference Order requiring the completion of all expert discovery by no later than December 18, 2020 (ECF No. 48 [Order] at 2-3) be MODIFIED for the limited purpose of permitting Defendants' counsel to take the expert depositions of Plaintiffs' designated experts Scott DeFoe and Werner Spitz, M.D. by January 31, 2021.

IT IS SO STIPULATED.

Dated: December 21, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
      Mark E. Merin

Attorney for Plaintiffs
ESTATE OF ALEJANDRO SANCHEZ
and BERTHA SANCHEZ

2

**JOINT STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER RE: EXPERT DEPOSITIONS**
*Estate of Sanchez v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 1:18-cv-00977-DAD-BAM

Dated: December 21, 2020

Respectfully Submitted,

**PORTER | SCOTT**

*/s/ John R. Whitefleet*
(as authorized on December 21, 2020)

By: _____
John R. Whitefleet

Attorney for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, ADAM CHRISTIANSON, SHANE ROHN, BRETT BABBITT, EUGENE DAY, JUSTIN CAMARA, JOSEPH KNITTEL, ZEBEDEE POUST, and HECTOR LONGORIA

## **ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The Court's Scheduling Conference Order requiring the completion of all expert discovery by no later than December 18, 2020 (ECF No. 48 [Order] at 2-3) is MODIFIED for the limited purpose of permitting Defendants' counsel to take the expert depositions of Plaintiffs' designated experts Scott DeFoe and Werner Spitz, M.D. by January 31, 2021.

IT IS SO ORDERED.

Dated:  **December 22, 2020**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

3

**JOINT STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER RE: EXPERT DEPOSITIONS**
*Estate of Sanchez v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 1:18-cv-00977-DAD-BAM